■ MARIA MARTE, Appellant, v CITY OF NEW YORK, Respondent. [739 NYS2d 267] —Order, Supreme Court, Bronx County (Stanley Green, J.), entered January 6, 2000, which, to the extent appealable, denied plaintiff's motion to renew a prior order dismissing the complaint, unanimously affirmed, without costs.

The expert affidavit submitted by plaintiff in support of the motion fails to raise a triable issue of fact (*see, Mendes v Whitney-Floral Realty Corp.*, 216 AD2d 540, *lv denied* 87 NY2d 803) that would support a motion to renew based on new facts (CPLR 2221 [e] [2]). Concur—Nardelli, J.P., Andrias, Saxe, Ellerin and Marlow, JJ.